IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMIKA PALMER                    :           CIVIL ACTION
                                 :
        v.                       :
                                 :
CREDIT COLLECTION SERVICES,      :
INC.                             :           NO. 15-1681

ORDER

        AND NOW, this 22nd day of December, 2015, for the
reasons set forth in the foregoing memorandum, it is hereby
ORDERED that:

        (1)  the motion of defendant Credit Collection
Services, Inc. for summary judgment against plaintiff Tamika
Palmer (Doc. # 16) is DENIED; and

        (2)  the motion of the plaintiff Tamika Palmer for
summary judgment on liability against the defendant Credit
Collection Services, Inc. (Doc. # 19) is GRANTED.

                                 BY THE COURT:


                                 /s/ Harvey Bartle III
                                                    J.